

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,250, AP-76,251, AP-76,252 & AP-76,253

### EX PARTE HENRY WILSON THIGPEN, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 43893A; 43894A; 43895A; 43976A
### IN THE 400TH DISTRICT COURT FROM FORT BEND COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault of a public servant and sentenced to thirty-five years' imprisonment; evading arrest and sentenced to five years' imprisonment; assault domestic violence and sentenced to fifty years' imprisonment; and violation of a protective order and sentenced to fifty years' imprisonment. The Fourteenth Court of Appeals affirmed his convictions. *Thigpen v. State*, Nos. 14-07-10; 14-07-11; 14-07-12; and 14-07-13 (Tex. App.–Houston [14th], delivered September 27, 2007).

Applicant contends that appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his convictions had been affirmed. We remanded this application to the trial court for findings of fact and conclusions of law.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file out-of-time petitions for discretionary review of the judgments of the Fourteenth Court of Appeals in Cause Nos. 14-07-00010-CR; 14-07-00011-CR; 14-07-00012-CR; and 14-07-00013-CR that affirmed convictions in Case Nos. 43893A; 43894A; 43895A; and 43976A from the 400th Judicial District Court of Fort Bend County. Applicant shall file petition for discretionary review with the Fourteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: November 4, 2009
Do not publish